IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID RAY DANIELS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cr. No. 11-20320-STA<br><br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2 |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

In on or about July, 2011, through on or about September 25, 2011, in the Western District of Tennessee, the defendant,

-------------------------------------------- DAVID RAY DANIELS ----------------------------------------

using a facility and means of interstate commerce, specifically, a cellular telephone and a computer connected to the Internet, attempted to and knowingly persuaded, induced, enticed, and coerced K.H., a minor female the defendant knew to be under the age of eighteen (18), to engage in sexual activity which would constitute a criminal offense; that is, violation of Tennessee criminal statutes cited as T.C.A. 39-13-506 (Statutory Rape) and T.C.A. 39-12-101 (Criminal Attempt); all in violation of Title 18, United States Code, Section 2422(b) and Section 2.

A TRUE BILL:

s/Grand Jury Foreperson

FOREPERSON

DATE: DECEMBER 15, 2011

EDWARD L. STANTON, III
UNITED STATES ATTORNEY