IRELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,              )
                                       )   Cr. No. 11-20390-STA
        Plaintiff,                     )
                                       )   18 U.S.C. § 2422(b)
vs.                                    )   18 U.S.C. § 2
                                       )
DAVID RAY DANIELS,                     )
                                       )
        Defendant.                     )

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

In on or about July, 2011, through on or about September 25, 2011, in the Western District of Tennessee, the defendant,

---------------------------------------- DAVID RAY DANIELS ----------------------------------------

using a facility and means of interstate commerce, specifically, a cellular telephone and a computer connected to the Internet, attempted to and knowingly persuaded, induced, enticed, and coerced K.H., a minor female the defendant knew to be under the age of eighteen (18), to engage in sexual activity which would constitute a criminal offense; that is, violation of Tennessee criminal statutes cited as T.C.A. 39-13-506 (Statutory Rape) and T.C.A. 39-12-101 (Criminal Attempt); all in violation of Title 18, United States Code, Section 2422(b) and Section 2.

> [nlt 10 yrs. or life and nmt $250,000 fine, plus a period of supervised release for any term of years nlt 5 or life, together with a mandatory special assessment of $100, see 18 U.S.C. 3013(a)]

A TRUE BILL:

_____
FOREPERSON

DATE: _____


_____
EDWARD L. STANTON, III
UNITED STATES ATTORNEY