IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA

    Plaintiff,

v.                                           Cr. No. 11-20320-01-STA

DAVID RAY DANIELS,

    Defendant.

---

DEFENDANT'S MOTION FOR CHANGE OF PLEA

---

The Defendant, through his attorney, moves the Court for a setting to enter a change of plea.

                                                    Respectfully Submitted,

                                                    /s/ Jeffrey Jones
                                                    Jeffrey Jones (#5776)
                                                    Attorney for Defendant
                                                    6540 Stage Road
                                                    Bartlett, TN  38134
                                                    (901) 386-1207

CERTIFICATE OF SERVICE

I certify I have forwarded a copy of this Motion to Debra Ireland, AUSA, this the 9th day of April, 2012.

/s/ Jeffrey Jones
Jeffrey Jones (#5776)