# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. . **11-20320-STA** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DAVID RAY DANIELS, ) | |
| ) | |
| Defendant. ) | |

## POSITION OF THE UNITED STATES AS TO PRESENTENCE REPORT

Comes now the United States Attorney for the Western District of Tennessee by and through his duly authorized Assistant, Debra L. Ireland, and takes the following position regarding the presentence report prepared and filed in the above styled and numbered cause:

The United States has no objections, and therefore requests no amendments or adjustments.

        Respectfully submitted,

        EDWARD L. STANTON, III
        Acting United States Attorney

By:   /s/ Debra L. Ireland
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Debra L. Ireland, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion was forwarded by electronic means, via the Court's Electronic Filing System, to Jeffrey H. Jones, Esq., Attorney for Defendant, 6540 Stage Road, Bartlett, Tennessee, 38134.

This  17th  Day of July, 2012.

    /s/ Debra L. Ireland
    Assistant United States Attorney